Thomas Morris, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 7,939.

Assumpsit upon policy insuring against loss by theft of automobile. Judgment for plaintiff. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926. Rehearing denied June 22, 1926.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Burnett M. Chiperfield, Claude E. Chiperfield and Robert B. Chiperfield, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Mary Bryden, appellee, v. Robert H. Wolfley, appellant. Gen. No. 7,948.

Bill to establish equitable lien upon certain premises. Lien decreed. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926. Rehearing denied June 22, 1926.

John P. Madden, for appellant. L. M. Harlan and Jesse Peebles, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Michael E. Bates, appellee, v. A. B. Zybell and Cory H. Zybell, appellants. Gen. No. 7,940.

Action for fraud and deceit. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926.

Herrick & Herrick and Lynn S. Corbly, for appellants. Dobbins & Dobbins, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Elsie L. Bennett, appellant, v. Ralph S. Bennett et al., appellees. Gen. No. 7,957.

Bill for divorce and to have conveyance set aside. Decree for defendants. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed July 1, 1926.

Leslie J. Taylor, for appellant. H. B. Hershey and C. J. Vogelsang, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jesse Myers, plaintiff in error. Gen. No. 7,958.

Prosecution for illegally transporting intoxicating liquor and for driving motor vehicle while intoxicated. Judgment of conviction. Error to the County Court of Clark county; the Hon. H. M. Janney, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed July 1, 1926.

Wilber H. Hickman, for plaintiff in error. Everett Connelly, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.